UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

| | | |
|---|---|---|
| FORD DEALER COMPUTER SERVICES, INC. n/k/a DEALER COMPUTER SERVICES, INC., | ) ) ) ) | Civil Action No. 6: 04-fj-01-DCR |
| Plaintiff, | ) ) | |
| V. | ) ) | **ORDER** |
| HARLAN MOTOR COMPANY, | ) ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is pending for consideration of the Report and Recommendation filed by the Magistrate Judge on June 23, 2005. The parties to this action, including non-party The Bank of Harlan, have not objected to the report within the time permitted. Accordingly, being sufficiently advised, it is hereby

**ORDERED** that the Report and Recommendation of United States Magistrate Judge J.B. Johnson, Jr. is accepted and adopted in full. Accordingly, the Plaintiff's motion to compel is **GRANTED**, conditioned upon the payment by it of all reasonable expenses incurred by The Bank of Harlan in producing documents requested for the period commencing December 31, 1996, to the present. The microfilm covering the period commencing November 7, 1994, to December 31, 1996, may be inspected by such agent as may be designated by the Plaintiff in an effort to see if those records can also be retrieved.

This 18th day of July, 2005.



Signed By:
*Danny C. Reeves* DCR
United States District Judge